# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY INIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE,<br><br>    Defendant. | Case No.: 2:16-cv-00793-KJM-AC<br><br>**ORDER GRANTING REQUEST TO STAY ACTION PENDING ARBITRATION** |

Good cause appearing, the court GRANTS plaintiff's request to stay the action pending resolution of the arbitration proceedings (ECF No. 5). Accordingly, this action is STAYED and all previously set hearings and deadlines are VACATED. Plaintiff shall file a status report with the court every sixty (60) days on the status of the arbitration proceedings and shall promptly notify the court if and when plaintiff's claims are resolved or fully adjudicated by way of the arbitration proceedings.

IT IS SO ORDERED.

Date: May 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER