G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd, Suite 960
Los Angeles, CA 90028
Telephone: 323.940.1700
Facsimile: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY INIGUEZ, | Case No.: 2:16-cv-00793-KJM-AC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BARCLAYS BANK DELAWARE, | |
| Defendant(s). | |

NOW COMES Plaintiff, NANCY INIGUEZ, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within forty-five (45) days.

///

///

///

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| Dated: June 6, 2016 | **MARTIN & BONTRAGER, APC** |
| | By: <u>/s/ Nicholas J. Bontrager</u> |
| | Nicholas J. Bontrager |
| | *Attorney for Plaintiff* |